**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PENN MILLERS INSURANCE COMPANY,
    Plaintiff,

vs.                                    CASE NO. 8:05-CIV-1852-T-17-TBM

AG-MART PRODUCE, INC., et al.,
    Defendants.
_____/

**ORDER**

    This cause is before the Court on the plaintiff's motion for reconsideration (Docket No. 31) and response thereto (Docket No. 33). The Court has considered the motion and response and finds the response persuasive. The Court finds that the order previously entered should stand. Accordingly, it is

    **ORDERED** plaintiff's motion for reconsideration (Docket No. 31) be **denied**.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 31st day of October, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record