**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PENN MILLERS INSURANCE
COMPANY,

    Plaintiff,

vs.                              CASE NO. 8:05-CIV-1852-T-17-TBM

AG-MART PRODUCE, INC., et al.,

    Defendants.

_____/

**ORDER**

    This cause is before the Court on the motions for attorney's fees and costs filed by Defendant, Ag-Mart Produce, Inc. and Defendant's James S. Solito and Gail D. Miller (Docket Nos. 29 and 30 respectively). The plaintiff filed responses to both motions (Docket Nos. 32 and 35 respectively). The Court deferred ruling on the motions until after the appeal in the case concluded, which occurred with the mandate issued January 23, 2008. The Court has reviewed the motions and responses and finds the responses well-taken.

    Defendant Ag-Mart relies on a statute that allows fees and costs after judgment against an insurer, no such judgment was rendered in this case. The Court merely exercised it's discretion not to make a declaration of rights. As to the second motion, the Court finds that the motion fails to establish any entitlement to fees and costs. Further, the Court does not find that the plaintiff should be entitled to fees or costs either in regard to these motions. Accordingly, it is

**ORDERED** that the motions for attorney's fees and costs filed by Defendant, Ag-Mart Produce, Inc. and Defendant's James S. Solito and Gail D. Miller (Docket Nos. 29 and 30) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of February, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record